```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION


RICHARD JEROME HAMMONDS,         *

        Plaintiff,               *

vs.                              *
                                         CASE NO. 4:09-CV-74 (CDL)
MARK SHELNUTT, et al.,           *

        Defendants.              *
```

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 29, 2009, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 22nd day of September, 2009.


                                    S/Clay D. Land
                                       CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE